UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH NEWBURN,              )<br>                                                    )<br>        Plaintiff,                            )<br>                                                    )<br>v.                                                )     Case No. 1:20-cv-00470-JB-C<br>                                                    )<br>DOLLAR GENERAL CORPORATION; )<br>DOLGENCORP, LLC;                   )<br>AMANDA BARRON;                      )<br>                                                    )<br>        Defendants.                       )  | |

**JOINT STIPULATION FOR DISMISSAL OF AMANDA BARRON**

COME NOW the parties by and through their counsel of record and pursuant to the *Federal Rules of Civil Procedure* 42(a)(1)(A)(ii) and file this Joint Stipulation for Dismissal of Amanda Barron based on the following:

1. This is a premises liability case in which Deborah Newburn alleges that on June 25, 2018 she slipped and fell on a hazardous object that the Defendants negligently and/or wantonly allowed to exist on the premises of the store.   [Doc. 2, ¶ 2].

2. Plaintiff has sued Dollar General Corporation, Dolgencorp, LLC and Amanda Barron.   All Defendants have answered.

3. Defendant Amanda Barron was not an employee of either corporate Defendant at the time of this accident.   [Doc. 1-6]

4. Plaintiff's claims are predicated actions which occurred at the Dollar General store at a time when Ms. Barron was not an employee.   [Doc. 2].

5. Alabama premises liability law is well established: The owner of a premises owes a duty to the business invitee to use reasonable care and diligence to keep the premises in a safe condition, or if the premises is in a dangerous condition, to give sufficient warning so that, by the use of ordinary care, the danger can be avoided. *Armstrong v. Georgia Marble Co.*, 575 So. 2d 1051, 1053 (Ala. 1991).

6. Ms. Barron was neither an owner nor an employee of an owner of the Dollar General at the time of the accident.

7. Because of this, the parties stipulate to the dismissal of Amanda Barron, without prejudice.

8. The claims against Dollar General Corporation and Dolgencorp, LLC will remain pending.

Date: November 3, 2020.

*/s/ Samuel P. McClurkin, IV (with permission)*
SAMUEL P. MCCLURKIN, IV
Attorney for Plaintiff
LONG & LONG, PC
P. O. Box 2746
Mobile, AL 36652
(251) 432-2277
mac@longandlong.com

*/s/ Caroline T. Pryor*
CAROLINE T. PRYOR (PRYOC 2802)
ZACHARY R. WEAVER (ASB-7432-A64W)
Attorneys for Defendants
CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
zweaver@carrallison.com