IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KRISTY NEWBURN,** *as Personal Representative of the Estate of Deborah Newburn* | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | ) |
| | )  CIVIL ACTION NO. 20-00470-JB-C |
| v. | )<br>) |
| **DOLLAR GENERAL CORPORATION, et al.,** | )<br>) |
| **Defendants.** | ) |

### ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment. (Doc. 36). The Court conducted a hearing on October 12, 2021, at which counsel for Plaintiff and Defendants appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record of the hearing, the Court concludes that the Motion for Summary Judgment is due to be and is hereby GRANTED.

**DONE and ORDERED** this 19th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE