IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KRISTY NEWBURN,** *as Personal Representative of the Estate of Deborah Newburn* | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 20-00470-JB-C |
| v. | )<br>) |
| **DOLLAR GENERAL CORPORATION, et al.,** | )<br>) |
| **Defendants.** | ) |

**JUDGMENT**

In accordance with the Order entered October 19, 2021 (Doc. 54), it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 19th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE